# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DUANE GONDER
ADC #147996                                          PLAINTIFF

v.                    No. 4:18-cv-417-DPM

JEFFERY H. KEARNEY                                   DEFENDANT

## ORDER

**1.** Gonder has filed a complaint about his former lawyer pursuant to Local Rule 83.5 and the incorporated Uniform Federal Rules of Disciplinary Enforcement. Gonder is correct that those Rules apply to this situation. But in adopting them, this Court did not create (explicitly or implicitly) a private right of action for persons such as Gonder, who believe their lawyer didn't fulfill his or her professional obligations, to file a lawsuit against the lawyer. *Compare Ziglar v. Abbasi*, 137 S. Ct. 1843, 1855–57 (2017). It's this Court's job to superintend the lawyers at our bar. The Court will therefore dismiss Gonder's complaint without prejudice for not stating a claim. His motions to amend and to proceed *in forma pauperis*, № 3 & № 4, are denied as moot.

**2.** Though Gonder can't file a complaint, he can complain. And his papers have provided notice to the Court about the status of pending state disciplinary proceedings against Gonder's former lawyer. Pursuant to Local Rule 83.5(e) and Rule II of the Uniform Rules,

the Court therefore directs the Clerk to provide a copy of Gonder's complaint, proposed amended complaint, and this Order to the Chief Judge — so the Court may consider whether any action is appropriate at this time.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 August 2018