IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DUANE GONDER
ADC #147996                                                                PLAINTIFF

v.                          No. 4:18-cv-417-DPM

JEFFERY H. KEARNEY                                                     DEFENDANT

## JUDGMENT

Gonder's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 August 2018