IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DUANE GONDER                                                                                    PLAINTIFF
ADC #147996

v.                                            No. 4:18-cv-417-DPM

JEFFERY H. KEARNEY                                                                          DEFENDANT

### ORDER

Letter, № 10, noted. The Clerk has provided copies of Gonder's papers to the Chief Judge; and he and the Court will consider whether further action is appropriate. Because the Rules don't create a private right of action, though, the Clerk will not open a new case for that internal procedure unless the Chief Judge and the Court direct the Clerk to do so. The docket in this case, № 4:18-cv-417-DPM, is closed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 August 2018