IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DUANE GONDER                                                                            PLAINTIFF
ADC #147996

v.                                  No. 4:18-cv-417-DPM

JEFFERY H. KEARNEY                                                                      DEFENDANT

## ORDER

Post-judgment motion, *Doc. 15*, denied. The Court has previously explained that Gonder can't pursue relief in this case. *Doc. 7 & Doc. 11*. Nonetheless, in my capacity as Chief Judge, pursuant to Local Rule 83.5(e) and Rule III(A) of the Uniform Rules and Gonder's motion and attachment, I will issue a show cause order to Gonder's former lawyer.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 June 2020