# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DUANE GONDER**  **PLAINTIFF**
**ADC #147996**

v. No. 4:18-cv-417-DPM

**JEFFERY H. KEARNEY**  **DEFENDANT**

## ORDER

Gonder asks the Court to hold an evidentiary hearing to further dig into the particulars of Kearney's suspension and reinstatement. *Doc. 19.* In support of his motion, he quotes ARK. CODE ANN. § 16-13-204(a). *Doc. 19 at 1.* The federal parallel statute is the All Writs Act, which allows federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a). But there are no claims over which this Court has subject matter jurisdiction remaining in this case. Because the relief Gonder seeks is not "in aid of" this Court's jurisdiction, his motion, *Doc. 19,* is denied. This case is closed.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 October 2020